THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONTE BROWN, Appellant. [24 NYS3d 515]—Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, Bronx County (Margaret L. Clancy, J.), rendered January 7, 2014, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Mazzarelli, J.P., Friedman, Sweeny and Manzanet-Daniels, JJ.